U.S. COURTS

NOV - 2 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| Rodrigo Ramirez-Rodriguez<br>Petitioner | ) <br> ) <br> ) | Case #CR-040-001-S-EJL |
| vs. | ) <br> ) | Motion to expedite consideration of 18 U.S.C. §3582(c)(2) |
| UNITED STATES OF AMERICA<br>Respondent | ) <br> ) | motion for modification of sentence. |

COMES NOW, Rodrigo Ramirez-Rodriguez, Pro Se, and files this above styled motion.

Petitioner believes that he will be due for immediate release should this honorable court grant him a reduction in sentence pursuant to 18 USC §3582(c)(2) and Amendment 782.

Delays in the consideration of this modification of sentence will result in a day for day extension in the Petitioner's incarceration; Petitioner requests this honorable court to please expedite the consideration of his modification of sentence request.

In case there is any controversy Petitioner requests that the federal public defenders office be assigned to assist him with the modification of sentence.

Respectfully submitted this the 29th Day of October, 2015

Rodrigo Ramirez-Rodriguez
Reg #45085-008
Giles W. Dalby C.F.
805 North Ave F.
Post, Tx 79356

## CERTIFICATE OF SERVICE

This is to certify that an original and two copies of this motion have been filed with the clerk of the court, with a request to serve one copy on the US attorney, by being placed in the prison mail system at Giles W. Dalby C.F. with first class postage prepaid to the following address on this the 29th day of October, 2015:

Clerk of the Court
US District Court
For the District of Idaho
James A. McClure Federal Building and
US Courthouse
550 West Fort Street
Boise, ID 83724-0101

_____
Rodrigo Ramirez-Rodriguez